# DECISIONS COURT OF APPEAL, PARISH OF ORLEANS.

### No. 2975.

(Court of Appeal, Parish of Orleans.)

## CITY OF NEW ORLEANS vs. DRAINAGE COMMISSION OF NEW ORLEANS.

### C. F. CULLOM & CO. Called in Warranty.

Appeal from Civil District Court, Division "B."

H. G. Dufour; Lapeyre, Monroe & Breazeale, for Plaintiff and Appellees.

P. S. Benedict and Sol Wolff, for Warrantors.

Carleton Hunt, for Defendant and Appellant.

Omer Villere, Esq.

### ON THE REHEARING.

BEAUREGARD, J. The rehearing granted and heard in this case did not, in the opinion of the majority of the Court, shed any new light on the questions at issue. It is therefore ordered and decreed that our original decree remain undisturbed.

Dufour, J., concurs in the decree for the reasons originally assigned in his concurring opinion.

Moore, J., adheres to his original dissent.

Original opinion published in Vol. 1, page 24.

April 4, 1904.

Writ denied by Supreme Court.